IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

        Plaintiff,                No. CIV S-98-2148 LKK JFM P

    vs.

FOLSOM STATE PRISON,
et al.,

        Defendants.          <u>ORDER</u>

        Defendants have filed a request to vacate the dates for filing pretrial statements, for pretrial conference, and for jury trial, all set in the revised scheduling order filed August 4, 2004. In view of this court's April 13, 2005 findings and recommendations, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' April 8, 2005 request to vacate dates is granted;

        2. The parties are relieved of the obligation to file pretrial statements;

        3. The pretrial conference on the papers set for April 29, 2005 before the undersigned is vacated; and

/////

/////

/////

1

4. The jury trial set for July 19, 2005 before the Honorable Lawrence K. Karlton in Courtroom # 4 is vacated.

DATED: May 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
asha2148.vac