UNITED STATES DISTRICT COURT

**FILED**

FOR THE EASTERN DISTRICT OF CALIFORNIA     SEP 1 4 2005



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

| | |
|---|---|
| ASKIA S. ASHANTI,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FOLSOM STATE PRISON; et al.,<br><br>Defendants - Appellees. | No. 05-16644<br>D.C. No. CV-98-02148-LKK<br><br>**ORDER** |

This appeal has been taken in good faith   [   ]

This appeal is not taken in good faith       [ x ]

Explanation: _The court finds the appeal is not taken in good_

_faith for the reasons set forth in the magistrate judge's_

_order of April 12, 2005 and this court's order of May 24, 2005_

_____

Judge
United States District Court
Date: 5/12/05